# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUAN F. SALAZAR & LAURIE I. TRAVA-SALAZAR        Case Number: 08-71092
        12983 COUNTRY MEADOW DRIVE       SSN-xxx-xx-2869 & xxx-xx-0145
        WINNEBAGO, IL  61088

Case filed on: 4/11/2008
Plan Confirmed on: 8/8/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,780.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 964.69 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 964.69 | 0.00 |
| 009 | ANDERSON, MITCHELL & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CB ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DRS BONDED COLLECTION SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HALL & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUAN F. SALAZAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 3,279.00 | 3,279.00 | 521.08 | 0.00 |
| 002 | JAMES B NUTTER & COMPANY | 5,461.24 | 5,461.24 | 0.00 | 0.00 |
| 055 | WESTLAKE VILLAGE | 1,380.00 | 1,380.00 | 167.40 | 0.00 |
|  | Total Secured | 10,120.24 | 10,120.24 | 688.48 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACAR PREMIUM FINANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNTS RECEIVABLE TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COLLECTION SYSTEMS OF FREEPORT INC | 498.11 | 498.11 | 0.00 | 0.00 |
| 008 | AMERICAN DEBT COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ANN AGUSTSSON-MATHERS DO | 254.40 | 254.40 | 0.00 | 0.00 |
| 011 | APRIA HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASF INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ATS MEDICAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BRW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 850.55 | 850.55 | 0.00 | 0.00 |
| 019 | COMED CO | 3,741.90 | 3,741.90 | 0.00 | 0.00 |
| 020 | COUNTRY COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | JEFFERSON CAPITAL SYSTEMS, LLC | 585.89 | 585.89 | 0.00 | 0.00 |
| 026 | ILLINOIS TITLE LOANS, INC | 1,663.47 | 1,663.47 | 0.00 | 0.00 |
| 028 | LAW OFFICES OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LUNDHOLM SURGICAL GROUP | 1,785.69 | 1,785.69 | 0.00 | 0.00 |
| 031 | NATIONAL EDUCATIONAL MUSIC COMPANY | 296.92 | 296.92 | 0.00 | 0.00 |
| 032 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ORTHOPEDIC REHAB SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | OSF HOME INFUSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | C.B. ACCOUNTS INC | 1,074.40 | 1,074.40 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 11,010.27 | 11,010.27 | 0.00 | 0.00 |
| 037 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD HEALTH PHYSICIANS | 48.00 | 48.00 | 0.00 | 0.00 |
| 040 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD RADIOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SELF | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SIPSMA & HAHN, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SONIC PAYDAY.COM | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | STATE BANK OF DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MUTUAL MANAGEMENT SERVICES | 3,997.39 | 3,997.39 | 0.00 | 0.00 |
| 049 | THEODORE S. INGRASSIA, III, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | JEFFERSON CAPITAL SYSTEMS, LLC | 616.85 | 616.85 | 0.00 | 0.00 |
| 053 | AFNI/VERIZON | 131.72 | 131.72 | 0.00 | 0.00 |
| 054 | VISITING NURSES ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | WINNEBAGO COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | THOMAS D LUCHETTI PC | 6,465.00 | 6,465.00 | 0.00 | 0.00 |
| 058 | JEFFERSON CAPITAL SYSTEMS, LLC | 400.00 | 400.00 | 0.00 | 0.00 |
| 059 | VERIZON WIRELESS | 1,309.42 | 1,309.42 | 0.00 | 0.00 |
| 060 | CHECK IT | 202.95 | 202.95 | 0.00 | 0.00 |
| 061 | MUTUAL MANAGEMENT SERVICES | 1,697.98 | 1,697.98 | 0.00 | 0.00 |
| 062 | MUTUAL MANAGEMENT SERVICES | 190.25 | 190.25 | 0.00 | 0.00 |
| 063 | MUTUAL MANAGEMENT SERVICES | 2,105.11 | 2,105.11 | 0.00 | 0.00 |
| | Total Unsecured | 38,926.27 | 38,926.27 | 0.00 | 0.00 |
| | Grand Total: | 52,546.51 | 52,546.51 | 1,653.17 | 0.00 |

Total Paid Claimant:      $1,653.17
Trustee Allowance:         $126.83
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                /s/ Lydia S. Meyer
                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009    By  /s/Heather M. Fagan